IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM BLANKENSHIP, JR.                                              PLAINTIFF

2:08-cv-2074 (JLH)

USA TRUCK, INC.                                                       DEFENDANT

## MOTION TO WITHDRAW

I, Brandon J. Harrison, of Barrett & Deacon, P.A., move to withdraw as counsel of record in this case.  I will soon be employed as a law clerk to United States District Judge D.P. Marshall Jr.  I cannot therefore continue to represent USA Truck, Inc.  I have communicated the need to withdraw to the client.  My withdrawal will not prejudice any party, and USA Truck, Inc. will continue to be represented by other attorneys at Barrett & Deacon, P.A.

        Respectfully submitted,

        Brandon J. Harrison (2002103)
        BARRETT & DEACON, P.A.
        P.O. Box 1700
        Jonesboro, AR 72403
        Telephone:  (870) 931-1700

        By:   /s/ Brandon J. Harrison
        Attorneys for Defendant,
        USA Truck, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of May, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

      /s/ Brandon J. Harrison
Attorney Bar No. (2002103)
Attorney for Defendant,
USA Truck, Inc.

BARRETT & DEACON, P.A.
P.O. Box 1700
Jonesboro, AR 72403
Telephone: (870) 931-1700
bharrison@barrettdeacon.com