IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

WILLIAM BLANKENSHIP, JR.                                                                PLAINTIFF

v.                              Case No. 2:08-CV-02074

USA TRUCK, INC.                                                                         DEFENDANT

## JUDGMENT

On the 11th day of October 2011, this matter came on for trial to a duly selected jury consisting of eight members, the undersigned presiding. At the completion of the three day trial, the case was submitted to the jury on interrogatories and a unanimous verdict was reached as to each interrogatory as follows:

**INTERROGATORY NO. 1**: Do you find, by a preponderance of the evidence, that USA Truck, Inc. fraudulently induced William Blankenship to enter into the Release and Settlement Agreement dated March 6, 2006, as provided for in <u>Instruction 15</u>?

            ___ Yes    _X_ No

Based upon the jury's answer to the above interrogatory, the jury was not required to complete any remaining interrogatories. The verdict form was signed and dated by the jury foreperson. In accordance with the above verdict, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff takes nothing on his Complaint and the matter is DISMISSED WITH PREJUDICE. All parties are to bear their respective costs and attorneys' fees.

IT IS SO ORDERED this 13th day of October, 2011.

                   /s/ P. K. Holmes, III
                   P.K. HOLMES, III
                   UNITED STATES DISTRICT JUDGE